UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

Mohammed Saleh, Plaintiff,

-against-

USA, Warden K. Heckard, Chaplain Weaver, Lt. Spraddin,
Ms. Stennett, Counselor Milam, Officer Fernett, Officer Ross,
PA Jarrall, Dr. Bradley, Dr. Edwards, Administrator of Health
Services Fox, and Jane Doe Medical Professional, Defendants.





5: 24-cv-00294

I, Mohammed Saleh,  plaintiff/petitioner/movant

## APPLICATION TO PROCEED WITHOUT

## PREPAYMENT OF FEES AND COSTS

I declare that I am the petitioner in the above-entitled proceeding; that in support of my
request to proceed without prepayment of fees or costs under 28 U.S.C. §1915, I declare
that I am unable to pay the costs of these proceedings and that I am entitled to the relief
sought in the complaint/petition/motion/

In support of this application, I answer the following questions under penalty of perjury

    1.  Are you currently incarcerated?   Yes (If "Yes," go to # 3)        X No

(If "No," go to # 2)

If "Yes," state the place of your incarceration
Are you employed at the institution? Do you receive any payment from the
institution

    2. Are you currently employed? Yes (If "Yes," go to # 2.a)        X No

(If "No," go to # 2.b)

        a. If the answer is "Yes," state the amount of your take-home salary or wages
        and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?Business, profession or other self-employment.   Yes    X No

   a. Rent payments, interest or dividends.                              Yes    X No

   b. Pensions, annuities or life insurance payments             Yes    X No

   c. Disability or workers compensation payments.            Yes    X No

   d. Gifts or inheritances.                                X   Yes      No

   e. Any other sources.                                 Yes    X No

  source of money and state the amount:  About $400

If you answered "**Yes**" to any portion of question #3, describe each received and what you expect you will continue to receive.

   4. Do you have **any** cash or checking or savings accounts?    Yes.      X No

   5. If "Yes," state the total amount.

   6. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?            Yes      X No

   If "Yes," describe the property and state its value.

   7. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   8. I do hereby stipulate that the recovery, if any, obtained in this action shall be paid to the Clerk of Court, who shall pay therefrom, all unpaid costs taxed against plaintiff and pay the balance to plaintiff and/or his/her attorney, if any.

I declare under penalty of perjury that the above information is true and correct.

Date  6/10/2024

Mohammed Saleh

_____

Signature of Applicant